IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAQUEZ CORBITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-CV-955-RAH |
| | ) | |
| SHERIFF DONALD VALENZA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 5, 2020, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 10. There being no objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's claims against the Houston County Jail, Commissioner Morris, and the Houston County Courts are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(1)(b);

2. The Houston County Jail, Commissioner Morris, and the Houston County Courts are DISMISSED as defendants.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure at to Defendants Houston County Jail, Commissioner Morris, and the Houston County Courts.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

DONE, this 4th day of March, 2020.

                     /s/ R. Austin Huffaker, Jr.
                     R. AUSTIN HUFFAKER, JR.
                     UNITED STATES DISTRICT JUDGE